FILED

01/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0149

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0149

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOHN JAYCOB FISHBAUGH,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 19, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2021